appeals were thereupon abandoned and this petition subsequently filed. At the hearing a witness for the petitioner testified that he purchased the merchandise in issue and before making entry conferred with representatives of the appraiser; that it was mutually agreed that the entries in this petition would be considered as test cases; and that he cooperated fully with the appraiser's office in furnishing requested information as to selling price in order to aid the appraiser in establishing United States value. From the record it was held that the entry of this merchandise was made without any intention to defraud the revenue of the United States or to conceal or to misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE SECOND DIVISION, APRIL 26, 1946

**No. 51048.**—Protests 87245–K, etc., of Z. Horikoshi & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 26, 1946

**No. 51049.**—Protests 985359–G, etc., of Daiichi Co. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303). In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp, and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 51050.**—Protests 12540–K, etc., of Toma Co. et al. (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303). In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp, and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.

**No. 51051.**—Protest 52358–K of Y. Sumi (Los Angeles).

Opinion by CLINE, J. It was stipulated that a portion of the merchandise in question is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303). In accordance therewith the claim at 10 percent under paragraph 1540 was sustained.

**No. 51052.**—Protests 13443–K, etc., of J. T. Steeb & Co., Inc. (Seattle).